IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARIUS SHERIDAN,                                  )
                                                  )
    Plaintiff,                                )
                                                  )
    v.                                        )  CIVIL CASE NO. 2:23-cv-193-ECM
                                                  )
BLAKE TRUMAN, *et al.*,                           )
                                                  )
    Defendants.                               )

**MEMORANDUM OPINION and ORDER**

On August 23, 2023, the Magistrate Judge entered a Recommendation (doc. 13) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 13) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of this Court.

A separate Final Judgment will be entered.

DONE this 18th day of October, 2023.

                /s/ Emily C. Marks
                EMILY C. MARKS
                CHIEF UNITED STATES DISTRICT JUDGE